

# THE ATTORNEY GENERAL

## OF TEXAS

AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

June 4, 1970

Honorable Kenneth Bain, Jr.
County Attorney
Floyd County
Floydada, Texas

Opinion No. M- 645

Re: At an election held in the
Lockney Independent School
District in Floyd County,
Texas, for the election of
the County School Trustee
at large and for the
County School Trustee for
the precinct in which the
Lockney Independent School
District is located, who
pays for the expense of
purchasing the election
supplies and the fees of
the election judge and
clerks for holding the

Dear Sir:                          election?

Your letter of recent date requests our opinion
on the above question.

The applicable statutes are to be found in
the Texas Education Code, enacted by the 61st Legislature,
Regular Session, 1969, and in the Election Code of the
State of Texas, enacted by the 52nd Legislature, Regular
Session, 1951.

Article 17.03(b) the Education Code reads as follows:

"Election officers appointed to hold the election for district trustees in each school district shall hold the regular election for county school trustees or county board members."

This statute clearly provides that the officials charged with holding the school district election shall also hold the election for county trustees, and we think the statute necessarily implies that the officials are to be compensated solely by the district.

With respect to the expenses incurred for supplies, we refer you to Attorney General's Opinion No. 0-943 (1939). That opinion was based upon an interpretation of articles of the Civil Statutes that have been in substance incorporated into the Texas Education Code, and held that the election supplies used in the election of county school trustees should be paid for out of the available maintenance funds belonging to the school district in which the election is held. We think this holding is still applicable to your inquiry concerning the expense incurred for supplies.

The election under discussion is clearly a school election. There is explicit authority to the effect that the supplies are to be paid for by the school district rather than by the county in Article 7.12 of the Election Code, which reads in part as follows:

"All expenses incurred in furnishing the supplies, ballots, and booths in any general or special election shall be paid for by the county, except costs in municipal and school elections."

## S U M M A R Y

Election officers appointed to hold the election for district school trustees in each school district shall hold the regular election for county school trustees or county school board members. Such election officials shall be compensated solely by the school district, and the district shall pay out of its available maintenance fund for the election supplies used in conducting the election for county school trustees or county school board members.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by James S. Swearingen
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman

Glenn Brown
William J. Craig
Malcolm Smith
Fisher Tyler

MEADE F. GRIFFIN
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant